RECEIVED

AUG 3 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAYMOND K. ABBIW | CIVIL ACTION NO. 6:16-CV-00501 |
| VERSUS | JUDGE DOHERTY |
| FRANK'S INTERNATIONAL, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion for summary judgment (Rec. Doc. 21) is DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 31 day of August, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE